UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. PERDUM,<br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br>        Defendant. | Case No. 14-cv-02477-JD<br><br>**ORDER TO UNSEAL** |

The United States has notified the Court pursuant to 31 U.S.C. § 3730(b)(4)(B) that it declines to intervene in this action. The Court now orders:

1. All sealed contents of the Court's file in this action shall remain under seal and not be made public or served upon defendants except for the Complaint, the summons, the scheduling order, the consents/declinations to magistrate judge, the reassignment to a district judge, the Notice of Election to Decline Intervention, and this Order to Unseal, which are hereby unsealed;

2. Unless the Relator voluntarily dismisses this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, or the Court otherwise dismisses this action, the Relator shall serve upon defendants the Complaint, the Notice of Election to Decline Intervention, and this Order to Unseal;

3. The seal is lifted as to all matters occurring in this action after the date of this Order to Unseal;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

1    5.    The parties shall serve all notices of appeal upon the United States;

2    6.    All orders of this Court shall be sent to the United States; and

3    7.    Should the Relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the moving party shall provide the United States with notice.  The United States shall be provided with an opportunity to be heard before the Court makes its ruling.

**IT IS SO ORDERED.**

Dated:  August 6, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA D. PERDUM,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 14-cv-02477-JD
*SEALED*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia D. Perdum
5100 King Arthur Lane
Ellenwood, GA 30294

Dated: 8/6/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3