UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. PERDUM,<br><br>           Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.,<br><br>           Defendant. | Case No. 14-cv-02477-JD<br><br>**ORDER GRANTING WELLS FARGO'S *EX PARTE* APPLICATION TO RESPOND TO AMENDED COMPLAINT**<br><br>Re: Dkt. No. 22 |

The Court grants defendant Wells Fargo Bank's *ex parte* application to extend the time to respond to the amended complaint. *See* Dkt. No. 22. Wells Fargo's new deadline for responding to the complaint is November 3, 2014.

**IT IS SO ORDERED**.

Dated: October 7, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA D. PERDUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No.　14-cv-02477-JD<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 10/7/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emanuella Wintersberger
24560 So. Canyon Drive
Quail Valley, CA 92587


Dated: 10/7/2014


　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court



　　　　　　　　　　　　　　　　　　　By:_*Lisa R. Clark*_____
　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO