Jacob I Mojarro, Esq. Bar #289339
MOJARRO LAW, P.C.
612 W. Whittier Blvd.
Montebello, CA. 90640
Tel. (323)-767-8500
Fax. (323)-767-8501
mojarrolaw@gmail.com
*Attorney for the Plaintiff-Intervenors*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES of America ex rel., CYNTHIA D PERDUM,<br><br>                    Relator/Plaintiff,<br><br>        vs.<br><br>WELLS FARGO BANK, N.A.<br><br>                    Defendants,<br><br>WILLIAM BARDSLEY, EMANUELLA WINTERSBERGER, MICHAEL F CARDONI, CHRISTINE A REED, M. LOVELL KING<br><br>                    Intervenors. | CASE NO.: 14-CV-02477-JD<br><br>**PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY**<br><br><br><br><br><br><br>Hearing Date: August 20, 2015<br>Time: 2:00pm<br>Judge: Hon. Haywood S. Gilliam<br>Dept. 15<br><br>Complaint Filed: May 29, 2014<br>Amended Complaint Filed: September 11, 2014<br>Trial Date: None Set |

Jacob I. Mojarro, attorney for Plaintiff Cynthia D. Perdum, hereby request that the Court grant permission to appear telephonically at the hearing currently scheduled in the above entitled case for August 10, 2015 at 2:00pm. This request is made on the grounds that Plaintiff's legal counsel is located in Los Angeles, California, and personal appearance at the hearing would

-1-

**PLAINTIFF'S NOTICE OF HEARING FOR MOTION FOR**
**VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)**

CASE NO.: 14-CV-02477

therefore cause a hardship in that extensive travel time and expense will be incurred for the

appearance.

Dated: August 10, 2015

_____/s/_____
Jacob I. Mojarro, Esq.
Attorney for Relator/Plaintiff
CYNTHIA D. PERDUM

UNITED STATES DISTRICT COURT

DENIED

*Haywood S. Gilliam Jr.*

Judge Haywood S. Gilliam Jr.

NORTHERN DISTRICT OF CALIFORNIA

-2-

**PLAINTIFF'S NOTICE OF HEARING FOR MOTION FOR
VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)**

CASE NO.: 14-CV-02477