UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA D. PERDUM,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 14-cv-02477-HSG

**ORDER DISMISSING THE CASE WITH PREJUDICE**

On September 14, 2015, the Court gave Plaintiff leave to file an amended complaint by October 14, 2015. The Court made clear in its order that failure to adhere to this deadline would result in dismissal of this action with prejudice. Dkt. No. 64. Because Plaintiff did not file an amended complaint by the deadline (and has not done so to date), this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/27/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge